TAPLEY *v.* THE STATE.

DUCKWORTH, Justice. This case is controlled by the decision in *Wilder* v. *State*, ante. *Judgment affirmed. All the Justices concur.*